IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JON WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | CASE NO.   12-769-SCW |
| ) | |
| WARDEN ATCHISON, OFFICER ) | |
| LINDBERG, OFFICER ANTHONY, ) | |
| FITZGERALD MEYER, MAYBERRY, ) | |
| McKAMICK, LIEUTENANT LASHBROOK, ) | |
| FITZGERALD, MEYER and UNKNOWN ) | |
| PARTY John Doe, | |
| | |
| Defendant(s). | |

**JUDGMENT IN A CIVIL CASE**

Defendants FITZGERALD MEYER, MEYER and MAYBERRY were dismissed without prejudice on August 17, 2012, by an Order entered Chief Judge Michael J. Reagan (Doc. 20).

Defendant WARDEN ATCHISON was dismissed by the filing of the Amended Complaint on March 7, 2013 (Doc. 53).

Defendant UNKNOWN PARTY, John Doe was dismissed on May 23, 2013 by an Order entered by Chief Judge Michael J. Reagan (Doc. 60).

All remaining issues were settled by entry of 60 Day Order on December 4, 2015 by Stephen C. Williams (Doc. 124).

All remaining claims are dismissed with prejudice.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.    These deadlines for motions under Rule 59 cannot be extended by the Court.    The Plaintiff should also note that he has 30

days from the date of this judgment to file a notice of appeal.    This period can only be extended if excusable neglect or good cause is shown.

     **DATED** this 15th day of March, 2016

                                           **JUSTINE FLANAGAN, ACTING CLERK**

                                           **BY:** */s/ Angela Vehlewald*
                                                 **Deputy Clerk**

**Approved by** *  /s/ Stephen C. Williams*
          **United States Magistrate Judge**
              **Stephen C. Williams**